AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 115(a)(1)(B)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Max Imprisonment: 10 years (because there is a threat to murder, see 18 U.S.C. § 115(b)(4);)
Fine: $250,000
Supervised Release: 3 years
Special Assessment: $100

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

DAVID BROOKS POKORNY

DISTRICT COURT NUMBER

CR26 00018 JST

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

USMS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.
4:25-mj-71222-I

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Craig H. Missakian
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Evan Mateer

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED
JAN 15 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction   ☐ Federal   ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No    If "Yes" give date filed

DATE OF ARREST     Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

# United States District Court

## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

UNITED STATES OF AMERICA,

V.

DAVID BROOKS POKORNY,

FILED

JAN 15 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR26 00018

JST

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 115(a)(1)(B) — Influencing Federal Official by Threat

A true bill.

_____ Foreman

Filed in open court this 15th day of

January, 2026.

_____ Clerk

Bail, $ No Process

Hon. Nathanael Cousins, United States Magistrate Judge

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED
JAN 15 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR26 00018 JST |
| Plaintiff, | |
| v. | VIOLATION: 18 U.S.C. § 115(a)(1)(B) |
| DAVID BROOKS POKORNY, | |
| Defendant. | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    18 U.S.C. § 115(a)(1)(B) — Influencing Federal Official by Threat

On or about the September 2, 2025 in the Northern District of California the defendant,

DAVID BROOKS POKORNY,

did threaten to assault and murder Charles Breyer, Senior United States District Judge for the Northern District of California, with the intent to impede, intimidate, interfere, and retaliate against Judge Breyer on account of the performance of his official duties.

All in violation of Title 18, United States Code, Section 115.

INDICTMENT

DATED: January 15, 2026						A TRUE BILL.

_____
FOREPERSON

CRAIG H. MISSAKIAN
United States Attorney

/s/ Evan Mateer
_____
EVAN M. MATEER
Assistant United States Attorney

INDICTMENT						2