UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID BROOKS POKORNY,

Defendant.

Case No. 26-cr-00018-JST-1

**ORDER TO GOVERNMENT TO SHOW CAUSE WHY GRAND JURY TRANSCRIPTS SHOULD NOT BE PRODUCED**

Re: ECF No. 53

On May 8, 2026, the Court granted in part Defendant Pokorny's motion for disclosure of grand jury transcripts. ECF No. 53 at 14. The Court directed the Government to produce for in camera review the legal instructions provided to the grand jury. *Id*. The Government sent the relevant transcript excerpts to the Court by email on May 20, 2026.

The Court has reviewed the transcripts provided by the Government and is tentatively inclined to require the Government to produce the following portions of the transcripts to Pokorny on the basis that these excerpts could be disclosed without compromising the secrecy of the grand jury proceedings. *See, e.g.*, *United States v. Pac. Gas & Elec. Co.*, No. 14-cr-175, 2015 WL 3958111, at *13 (N.D. Cal. June 29, 2015); *United States v. Powell*, No. 22-CR-00003-JSW-1, 2024 WL 3052966, at *2–3 (N.D. Cal. June 18, 2024). However, the Court will provide the Government an opportunity to show cause why they should not be produced. The Government's response shall be due by June 3, 2026. If the Government believes that any portion should be submitted ex parte and/or under seal, it shall file a request with the Court. Otherwise, the following portions of the transcript excerpts shall be filed publicly:

/ / /

/ / /

January 15 Transcript Excerpt:  Page 4, lines 8–25; page 5, line 1.

March 19 Transcript Excerpt:  Page 3, line 25; page 4; page 5, lines 1–2.

**IT IS SO ORDERED.**

Dated:  May 27, 2026

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California