UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** November 5, 2026 **Time:** 4 hours, 47 minutes **Judge:** JON S. TIGAR

**Case No.**: 26-cr-00018-JST-1 **Case Name:** UNITED STATES OF AMERICA v. David Brooks Pokorny

**Attorney for Plaintiff:** Evan Mateer; Kent Stejskal
**Attorney for Defendant:** John Paul Reichmuth; Elisse Larouche
**Defendant:** [X] Present [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody [ ] Not in Custody

**Deputy Clerk:** Dianna Shoblo; Cindy Fan **Reported by:** April Brott

## PROCEEDINGS

Jury Trial – Held. See attached Trial Sheet, Exhibit, and Witness List.

The following witness was called by the Government:
5) Mark Busby.

The following witness was called by the Defense:
1) Luzalia Doyle

Jury Trial is continued to Friday, 11/06/2026 at 8:30AM with jury in Courtroom 5, 2nd Floor in Oakland.